## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00527-RPM-MEH

DEBORAH FORREST,

    Plaintiff,

v.

CURTIS O. BARNES, P.C., a California corporation, d/b/a LAW OFFICE OF CURTIS O. BARNES, P.C., and
GALAXY PORTFOLIOS, LLC, a Nevada limited liability company,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

May 24th, 2011    s/Richard P. Matsch
_____    _____
DATE    Richard P. Matsch, Senior District Judge